**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LONNIE DAWSON, | Case No.  1:15-cv-01217-LJO-SKO  HC |
| Petitioner, | **ORDER TO SHOW CAUSE WHY RESPONDENT SHOULD NOT BE SANCTIONED FOR FAILURE TO RESPOND TO THE PETITION** |
| v. | |
| R. ZUNIGA, Warden, | **(Doc. 18)** |
| Respondent. | **RESPONSE DUE WITHIN 15 DAYS** |

On January 7, 2016, the Court entered an order granting Respondent's third motion for an extension of time in which to respond to the petition for writ of habeas corpus in the above-captioned case, which was filed on August 6, 2015.  Doc. 18.  Although the order required that the response be filed on or before February 8, 2015, Respondent has neither filed his response nor requested a fourth extension of time in which to do so.

The Court has discretion to impose any and all sanctions authorized by statute or Rule or within the inherent power of the Court, based on Respondent's failure to comply with the Court's order.  F.R.Civ.P. 11; Local Rule 110.

Accordingly, the Court hereby ORDERS that within 15 days from the date of this order, Respondent shall file a written response to the Court, showing cause why sanctions should not be imposed against him for failure to obey the Court's order of January 7, 2016.  Filing of the answer to the petition shall be considered an appropriate response.

IT IS SO ORDERED.

Dated:   __February 10, 2016__                    _____ /s/ Sheila K. Oberto
                                                          UNITED STATES MAGISTRATE JUDGE

1