1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                          EASTERN DISTRICT OF CALIFORNIA

8

9    LONNIE DAWSON,                              No.  1:15-cv-01217-LJO-SKO  HC

10                  Petitioner,

11        v.                                      **ORDER DENYING MOTION
                                                  FOR TRANSCRIPTS**
12   R. ZUNIGA, Warden,

13                  Respondent.
                                                  **(Doc. 2)**
14

15         Petitioner, a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus

16   pursuant to 28 U.S.C. § 2241, requests issuance of transcripts at the government's expense

17   pursuant to 28 U.S.C. § 753(f).  Respondent has moved to dismiss the petition, contending that it

18   is a second or successive petition regarding Petitioner's state conviction for which Petitioner has

19   not secured prior authorization from the Court of Appeals.  *See* 28 U.S.C. §2244(b)(3)(A)

20   ("Before a second or successive petition permitted by this section is filed in the district court, the

21   applicant shall move in the appropriate court of appeals for an order authorizing the district court

22   to consider the application").  To the extent that the petition addresses a state conviction, § 753(f),

23   which governs the payment of court reporters for transcripts of federal proceedings, does not

24
     authorize this Court to order payment of a state court reporter.
25

26         In addition, resolution of Respondent's motion does not require consideration of the

27   transcripts of the state proceedings against Petitioner.  To the extent that transcripts of the state

28

                                                    1

proceedings become necessary following resolution of the motion to dismiss, Petitioner may renew his motion for transcripts at that time.

The motion for provision of trial transcripts at the government's request is hereby DENIED, without prejudice to renewal of the motion following resolution of the pending motion to dismiss, if necessary at that time.

IT IS SO ORDERED.

Dated:   **February 26, 2016**                                    **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE